# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* **CRIMINAL NO.   14-00218-CG** |
| **v.** | \* |
| | \* |
| **CHERYL A. DOTSON** | \* |

## PRELIMINARY ORDER OF FORFEITURE

WHEREAS, in the Indictment in the above-entitled case, the United States sought forfeiture of property which represented a sum of money equal to the proceeds obtained, directly or indirectly as a result of the violation(s) of Title 18, United States Code, Section 1014 by defendant **CHERYL A. DOTSON**, pursuant to Title 18, United States Code, Section 982(a)(2)(A);

AND WHEREAS, based upon the Indictment, the jury verdict entered on April 16, 2015, (Doc. 130) against the defendant **CHERYL A. DOTSON**, and the order of the Court awarding a money judgment in favor of the United States in the amount of **$34,030.00**;

WHEREAS, the United States has filed a Motion for Preliminary Order of Forfeiture which would consist of a personal money judgment against the defendant in the amount of **$34,030.00**; and

WHEREAS, Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment,".

Now therefore, it is hereby **ORDERED, ADJUDGED AND DECREED**:

That the defendant shall forfeit to the United States the sum of **$34,030.00**, pursuant to subject to the provisions of Title 18, United States Code, Section 982;

1

That the aforementioned property is authorized to be held by the United States Marshals Service in their secure custody and control; and

That this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3), this Order of Forfeiture shall become final as to the defendant at the time of sentencing, and shall be made part of the sentence and included in the judgment.

IT IS FURTHER ORDERED that the United States, may, at any time, move pursuant to Rule 32.2(e) to amend this Order of Forfeiture to substitute property having a value not to exceed $34,030.00 to satisfy the money judgment in whole or in part.

The Clerk of the Court shall forward a certified digital copy of this Order to Assistant U.S. Attorney Christopher J. Bodnar, U.S. Attorney's Office, Southern District of Alabama.

**DONE** and **ORDERED** this 10th day of August, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE