# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL A. DOTSON, #14100-003,** | ) |
| Petitioner, | ) |
| vs. | ) CRIMINAL NO. 14-00218-CG-B |
| | ) CIVIL ACTION NO. 17-514-CG-B |
| **UNITED STATES OF AMERICA,** | ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated January 5, 2021 (Doc. 251) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Petitioner Cheryl A. Dotson's Motion to Vacate Pursuant to 28 U.S.C. § 2255 (Doc. 243) is **DENIED**, and that Dotson is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 4th day of February, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE