# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CHERYL A. DOTSON, #14100-003,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 14-00218-CG-B |
| | ) CIVIL ACTION NO. 17-514-CG-B |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

In accordance with the Order entered this date denying Petitioner Cheryl A. Dotson's Motion to Vacate Pursuant to 28 U.S.C. § 2255, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent United States of America and against Petitioner Dotson**,** and that Dotson is not entitled to the issuance of a certificate of appealability or to proceed in forma pauperis on appeal.

**DONE and ORDERED** this 4th day of February, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE